[Nos. 24393-1-III; 25766-5-III. Division Three. February 3, 2009.]

*In the Matter of the Estate of* STANLEY G. JENSEN.

LAURA LEEDS JENSEN, *Appellant*, v. 3 J's INVESTMENT COMPANY, LLC, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Spokane County, No. 01-4-01535-6, Salvatore F. Cozza, J., entered July 6, 2005 and November 17, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26177-8-III. Division Three. February 3, 2009.]

BASSANI FARMS, LLC, *Respondent*, v. WILLIAM N. MADDOX, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-2-00895-4, John M. Antosz, J., entered April 5, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26604-4-III. Division Three. February 3, 2009.]

SHANNON A. HENSLEY, *on the Relation of Steven J. Hensley, Appellant*, v. COLVILLE SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-2-00222-9, Allen Nielson, J., entered October 25, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Korsmo, JJ.

[No. 26687-7-III. Division Three. February 3, 2009.]

JEANINE C. COX ET AL., *Plaintiffs*, DAWN M. HESTON, *Appellant*, v. THE CITY OF PULLMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 07-2-00038-9, David Frazier, J., entered November 20, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.